Terri R. Brown, Esq. (IN #26279-49)
  *(admitted Pro Hac Vice)*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  tbrown@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*
*Designated Counsel for Service*


Eileen T. Booth, Esq. (CSB #182974)
Kurtis J. Anders, Esq. (CSB #269333)
Jacobsen & McElroy PC
2401 American River Drive, Suite 100
Sacramento, CA  95825
Telephone:  916-971-4100
Fax:  916-971-4150
E-Mail:  ebooth@jacobsenmcelroy.com
         kanders@jacobsenmcelroy.com

*Local Counsel for Defendant Trans Union, LLC*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| SEKOU COLEMAN,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>TRANSUNION, LLC; STERLING JEWELERS, INC.; and DOES 1 through 100, inclusive,<br>　　　　Defendants. | CASE NO. 2:18-cv-1949-JAM-CKD<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY** |

　　　Plaintiff Sekou Coleman, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY – 2:18-CV-01949-JAM-CKD**

|     |                          |                                                           |
| --- | ------------------------ | --------------------------------------------------------- |
|     |                          | Respectfully submitted,                                   |
| 1   |                          |                                                           |
| 2   |                          |                                                           |
| 3   |                          |                                                           |
| 4   | Date: October 17, 2018   | */s/ Elliot Gale (w/consent)*                             |
|     |                          | Elliot Gale, Esq.                                         |
| 5   |                          | Sagaria Law, P.C.                                         |
|     |                          | 2017 Douglas Boulevard, Suite 200                         |

Respectfully submitted,

Date: October 17, 2018         */s/ Elliot Gale (w/consent)*
                               Elliot Gale, Esq.
                               Sagaria Law, P.C.
                               2017 Douglas Boulevard, Suite 200
                               Roseville, CA  95661
                               Telephone:   408-279-2288
                               Fax:   408-279-2299
                               E-Mail:  egale@sagarialaw.com

                               *Counsel for Plaintiff Sekou Coleman*

Date: October 17, 2018         */s/ Terri R. Brown*
                               Terri R. Brown, Esq.  (IN #26279-49)
                                  *(admitted Pro Hac Vice)*
                               Schuckit & Associates, P.C.
                               4545 Northwestern Drive
                               Zionsville, IN  46077
                               Telephone:  317-363-2400
                               Fax:  317-363-2257
                               E-Mail: tbrown@schuckitlaw.com

                               *Lead Counsel for Defendant Trans Union, LLC*

                               Eileen T. Booth, Esq. (CSB #182974)
                               Kurtis J. Anders, Esq. (CSB #269333)
                               Jacobsen & McElroy PC
                               2401 American River Drive, Suite 100
                               Sacramento, CA  95825
                               Telephone: 916-971-4100
                               Fax:  916-971-4150
                               E-Mail:   ebooth@jacobsenmcelroy.com
                                         kanders@jacobsenmcelory.com

                               *Local Counsel for Defendant Trans Union, LLC*

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY – 2:18-CV-01949-JAM-CKD**

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff Sekou Coleman against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff Sekou Coleman and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: 10/17/2018  /s/ John A. Mendez
JUDGE, United States District Court,
Eastern District of California

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY – 2:18-CV-01949-JAM-CKD**